IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHRISTOPHER EARL COTTRELL, )
)
    Plaintiff, )
)
v. )   Civil Action No. 3:13CV501–HEH
)
HAROLD W. CLARKE, *et al.*, )
)
    Defendants. )

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

Plaintiff, a Virginia inmate proceeding *pro se* and *in forma pauperis*, filed this 42 U.S.C. § 1983 action. By Memorandum Order entered on August 29, 2014, the Court informed Plaintiff that his Complaint failed to provide each defendant with fair notice of the facts and legal basis upon which his or her liability rests. Accordingly, the Court directed Plaintiff, within fourteen (14) days of the date of entry thereof, to file a particularized complaint. The Court warned Plaintiff that the failure to submit the particularized complaint would result in the dismissal of the action.

More than fourteen (14) days have elapsed since the entry of the August 29, 2014 Memorandum Order. Plaintiff failed to submit a particularized complaint or otherwise respond to the August 29, 2014 Memorandum Order. Accordingly, the action will be dismissed without prejudice.

An appropriate order will accompany this Memorandum Opinion.

                                                             /s/
                                    HENRY E. HUDSON
Date: Oct. 10, 2014                UNITED STATES DISTRICT JUDGE
Richmond, Virginia